Hillsborough, ⎱
 June, 1900. ⎰

## JELLISON *v.* JELLISON.

LIBEL FOR DIVORCE, charging habitual drunkenness. It was found that the charge was not proven, that the libelant had deserted the libelee without cause, and that justice required that an order be made that the libelant contribute to the support of his family. Upon the libelee's motion it was so ordered, subject to exception.

*Henry B. Atherton*, for the plaintiff.

*Doyle & Lucier*, for the defendant.

PEASLEE, J. The question of whether justice required the granting of the motion is not one of law. As justice required that the order be made, and the court had power to make it (P. S., c. 176, s. 4), it is immaterial whether the application was called a petition or a motion. The parties were already in court, the libelant was given an opportunity to be heard, and if a further hearing is needed it can be had upon application.

*Exception overruled.*

YOUNG, J., did not sit: CHASE, J., dissented: the others concurred.